AO 91 (Rev. 11/11) Criminal Complaint

*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. B-17-mJ-325 |
| ) | |
| Jose Videl-Lopez ) | |
| Felipe Hernandez ) | |

United States District Court
Southern District of Texas
FILED
MAR 1 5 2017
David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 15, 2017 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 641 and 18 USC 1382 | It is unlawful for anyone to illegally enter a military instalation who is not authorized to do so. It is unlawful to remove government property that is located on a military instalation without authorization. It is unlawful to forcibly resist, oppose, prevent, impede, intimidate or interfere with other law enforcement action. |

This criminal complaint is based on these facts:

Felipe Hernandez                                     value exceeded $1,000

On 15 MAR 2017, Jose Vidal-Lopez was observed on the US Coast Guard Station South Padre Island lancha yard dragging what appeared to be a dolly (Hand truck) through the dense brush in the lancha yard. The subject then proceeded to go behind a dumpster. The subject was observed moving a lancha outboard engine and trying to place the engine on the hand truck when the US Coast Guard Station South Padre Island Boarding Team Members arrived on scene. The subject attempted to abscond, but was apprehended. Jose Videl-Lopez was detained and arrested for violation of 18 U.S.C. 641 and 18 U.S.C. 1382.

☐ Continued on the attached sheet.

_____
Complainant's Signature

Keith Bosworth    Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Mar 15, 2017
Date

_____
Judge's signature

Brownsville, Texas
City and State

Ronald G. Morgan    U.S. Magistrate Judge
Printed name and title